IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAMMERA SMITH,

       Petitioner,

v.                                                                          4:12cv654-WS

KENNETH S. TUCKER,

       Respondent.

_____

<u>ORDER DIRECTING TRANSFER OF CASE</u>

       Before the court is the magistrate judge's report and recommendation docketed January 3, 2013.  <u>See</u> Doc. 3.  The magistrate judge recommends that this action be transferred to the Middle District of Florida.  The plaintiff has filed no objections to the report and recommendation.

       The court having reviewed the matter, it is ORDERED:

       1.  The magistrate judge's report and recommendation (doc. 3) is adopted and incorporated by reference in this order of the court.

       2.  The clerk shall TRANSFER this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings.

       DONE AND ORDERED this __4th__ day of ____February____, 2013.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE